UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:19-cv-2089-Orl-28DCI

TARA ULRICH,

    Plaintiff,

v.

CONNECTIONS EDUCATION LLC d/b/a
PEARSON ONLINE and BLENDED
LEARNING K-12 USA,

    Defendant.
_____/

## DEFENDANT'S NOTICE OF SETTLEMENT

    COMES NOW Defendant, CONNECTIONS EDUCATION LLC d/b/a PEARSON ONLINE and BLENDED LEARNING K-12 USA, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement in the above-captioned matter.

Respectfully submitted,

*s/ Jessica DeBono Anderson*
KRISTYNE E. KENNEDY
FBN: 0194700
JESSICA D. ANDERSON
FBN: 58503
COLE, SCOTT & KISSANE, P.A.
Attorneys for Defendant
Tower Place, Suite 400
1900 Summit Tower Boulevard
Orlando, Florida 32810
Primary Email:
Kristyne.Kennedy@csklegal.com
Alternative Email:

Jessica.Anderson@csklegal.com  
Alternative Email:  
Jillian.Sotomayor@csklegal.com  
Telephone: (321) 972-0028  
Facsimile:   (321) 972-0099

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of June, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a Notice of Electronic Filing to Counsel of Record.

*/s/ Jessica DeBono Anderson*

\\bunk-orldoc1\orldoc\200605_0008\[19001370] notice - settlement.docx